April 10th 2023

Brian DeMarco Mitchell #569040
Racine Correctional Institution
P.O. Box 900 Sturtevant, WI
53177

FILED/REC'D

2023 APR 27 A 10:40

CLERK OF COURT
U.S. DISTRICT COURT

Re: Case No. 23-cv-141-wmc

The Plaintiff in the above referenced matter contacts the court in concern of failure to recieve any further correspondence from the court; such as, A scheduling order, or District Court Civil Rules, Screening verification etc....

The Plaintiff updated the court of his change of mailing address on March 21st 2023. I have not recieved and forwarded mail from my previous Housing Facility (Milwaukee Secure Det. Facility). I do not expect that the Prison will forward any mail.

The most recent correspondence I have recieved from the court in this matter was regarding instruments of 20% under P.R.L.A. for the filing of this Civil action. If I missed any further correspondence or orders in this matter could the court promptly forward A copy to the headed address above.

Thank you?

B.D. Mitt