**Office of the Clerk**
United States District Court Western District of Wisconsin
120 North Henry Street, Room 320   •   Madison, WI 53703
(608) 264-5156   •   www.wiwd.uscourts.gov

April 27, 2023

Brian Demarco Mitchell, 569040
Racine Correctional Institution
P.O. Box 900
Sturtevant, WI 53177-0900

Re:   23-cv-141-wmc *Mitchell, Brian v. Williams, Keegan*

Dear Mr. Mitchell:

    This will acknowledge receipt of your letter on 23-cv-141-wmc, in which you ask for a status update in the above-referenced case.

    Please be advised, your complaint is presently under advisement to Judge Conley for screening pursuant to 28 U.S.C. § 1915(e)(2) to determine whether the case must be dismissed either because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief.  You will be notified promptly when such a decision has been made.

                    JOEL TURNER, Clerk of Court,


                      By:____/s/_____
                            Deputy Clerk